UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

B.S.,

    *Petitioner*,

v.

WILLIAM JOYCE, et. al,

    *Respondents.*

Case No. 1:22-cv-9738 (PKC)

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
11-17-22

## NOTICE OF PETITIONER'S MOTION TO PROCEED ANONYMOUSLY USING HIS INTIALS ONLY

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 5.2(e), Petitioner moves this Court to proceed anonymously using is initials only. In support of this motion, Petitioner files his Memorandum of Law in Support of Motion to Proceed Anonymously Using His Initials Only. Respondents take no position on this motion.

Dated: November 17, 2022
       Brooklyn, New York

Respectfully submitted,

*/s/ Jessica Swensen*
Jessica Swensen, Esq.
THE BRONX DEFENDERS
360 East 161st Street
Bronx, New York, 10451
*Counsel for Petitioner*