UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
B.S.,

                     Plaintiff,

                                                                       22-cv-9738 (PKC)

        -against-                                                   ORDER

WILLIAM JOYCE, et al.,

                     Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On November 15, 2022, B.S. filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF 1).  B.S. alleged that he had been detained in connection with U.S. Immigration and Customs Enforcement removal proceeding without a constitutionally adequate bond hearing, and on February 13, 2023, the Court granted B.S.'s petition and required a constitutionally adequate bond hearing be conducted within twenty-one days of the Order.  (ECF 33, at 10).  No filings have been made thereafter.  The Clerk of Court is respectfully requested to close the case.

        SO ORDERED.

                                                       P. Kevin Castel
                                           United States District Judge

Dated:  New York, New York
           April 5, 2024