UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
B.S.,

               Plaintiff,                22 **CIVIL** 9738 (PKC)

      -against-                    **JUDGMENT**

WILLIAM JOYCE, et al.,

              Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 5, 2024, B.S. filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on November 15, 2022. (ECF 1). B.S. alleged that he had been detained in connection with U.S. Immigration and Customs Enforcement removal proceeding without a constitutionally adequate bond hearing, and on February 13, 2023, the Court granted B.S.'s petition and required a constitutionally adequate bond hearing be conducted within twenty-one days of the Order. (ECF 33, at 10). No filings have been made thereafter; accordingly, the case is closed.

**DATED:** New York, New York
           April 5, 2024

                                           **RUBY J. KRAJICK**

                                           _____
                                           **Clerk of Court**
              **BY:**    K. Mango
                                           _____
                                           **Deputy Clerk**